

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.

WAYNE MATTHEW HARRIMAN

    Defendant(s).

Case No. 1:10-cr-00080-AWI

**FILED**
APR 15 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

I, PETER S. CHRISTIANSEN. attorney for WAYNE MATTHEW HARRIMAN, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $180.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | CHRISTIANSEN LAW OFFICES |
| Address: | 9910 W. Cheyenne Avenue, Suite 110 |
| City: | Las Vegas |
| State: | NV   ZIP Code: 89129 |
| Voice Phone: | (702) 240-7979 |
| FAX Phone: | (702) 658-3848 |
| Internet E-mail: | pete@christiansenlaw.com |
| Additional E-mail: | jcrain@christiansenlaw.com |
| I reside in City: | Las Vegas   State: NV |

**LODGED**
APR 14 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

I was admitted to practice in the Nevada Supreme Court on October 3, 1994. I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have ☐ / have not ☒ concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:.

NAME:            THOMAS F. CARLUCCI

Firm Name:   FOLEY & LARDNER LLP

Address:         One Maritime Plaza, Suite 600

City:                San Francisco

State:              CA        ZIP Code: 94111

Voice Phone: (415) 434-4484

FAX Phone:   (415) 434-4507

E-mail:            tcarlucci@foley.com

I hereby consent to the above-designation.

Dated: 4/9/2010          FOLEY & LARDNER,

By _____
   THOMAS F. CARLUCCI

Respectfully submitted.

Dated: 4/9/2010          CHRISTIANSEN LAW OFFICES

By _____
   PETER S. CHRISTIANSEN
   PETITIONER

**ORDER**

IT IS SO ORDERED.

Dated: 4-15-10

JUDGE, U.S. DISTRICT COURT

# CERTIFICATE OF THE CLERK OF THE SUPREME COURT
# OF THE STATE OF NEVADA

I, Tracie K. Lindeman, Clerk of the Supreme Court of the State of Nevada, do hereby certify that PETER S. CHRISTIANSEN (Bar No. 5254) was on the 3rd day of October, 1994, duly admitted as an attorney and counselor at law to practice in all the courts of the State of Nevada; and that the Supreme Court of Nevada is the highest court in this state;

I FURTHER CERTIFY that the said PETER S. CHRISTIANSEN is now in good standing; and that his name now appears on the Roll of Attorneys in this office.



IN TESTIMONY WHEREOF, I HAVE HEREUNTO SET MY HAND AND AFFIXED THE OFFICIAL SEAL OF SAID SUPREME COURT, AT MY OFFICE IN CARSON CITY, NEVADA, THIS 26th DAY OF FEBRUARY, 2010.

TRACIE K. LINDEMAN, CLERK
SUPREME COURT
STATE OF NEVADA

_Shaunna Troop_
Deputy Clerk