DANIEL J. BRODERICK, #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
PEGGY SASSO, Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
Gregory Burns Snyder

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:10-cr-00080 AWI |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; |
| v. | ) ) | ORDER |
| GREGORY BURNS SNYDER, | ) ) ) | Date:  July 26, 2010 |
| Defendant. | ) ) | Time:  9:00 a.m. Judge: Honorable Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record herein, that the Status Conference in the above captioned matter, now scheduled for June 7, 2010, may be continued to **July 26, 2010, at 9:00 a.m.**

The reason for this continuance is that there has been technical difficulty in reproducing the discovery and all the electronic discovery has not yet been provided. According to Maximus, counsel can expect to have the first twenty CD/DVDs on Friday, May 28, 2010. There will be forty-seven CD/DVDs to follow which are not in the correct format to allow production at this time. The continuance is requested to allow counsel for defendants time to review the discovery once it has been reproduced. The requested continuance will conserve time and resources for both counsel and the court.

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(I) and (iv).

BENJAMIN B. WAGNER
United States Attorney

Dated: May 25, 2010

/s/ Laurel J. Montoya
LAUREL J. MONTOYA
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

Dated: May 25, 2010

/s/ Francine Zepeda
FRANCINE ZEPEDA
PEGGY SASSO
Assistant Federal Defender
Attorneys for Defendant
Gregory Burns Snyder

Dated: May 25, 2010

/s/ Daniel Alex Bacon
DANIEL A. BACON
Attorney for Defendant
Gregorio Olmos, Sr.

Dated: May 25, 2010

/s/ David Vahe Balakian
DAVID V. BALAKIAN
Attorney for Defendant
Gregorio Olmos, III

Dated: May 25, 2010

/s/ Peter S. Christiansen,
PETER S. CHRISTIANSEN
Attorney for Defendant
Wayne Matthew Harriman

Dated May 25, 2010

/s/ Eric D. Shevin
ERIC D. SHEVIN
Attorney for Defendant
Yong Tae Kim

///

///

Stipulation to Continue Status
Conference Hearing; [Proposed] Order        −2−


# O R D E R

IT IS SO ORDERED. Status Conference to be held July 26, 2010, at 9:00 a.m. Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161 (h)(8)(B)(i)and (iv)

IT IS SO ORDERED.

Dated:   **May 26, 2010**                    /s/ **Anthony W. Ishii**
                                                          CHIEF UNITED STATES DISTRICT JUDGE