# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
JUL 15 2010
CLERK, U.S. ...
EASTERN ... ICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | |
|---|---|
| United States of America<br>vs.<br>Wayne Matthew Harriman | Case No. 1:10CR00080 AWI |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Wayne Matthew Harriman__, have discussed with __Montgomery L. Olson__, Pretrial Services Officer, modifications of my release conditions as follows:

The following condition is added to my conditions of release: You shall participate in a program of medical or psychiatric treatment including treatment for drug and/or alcohol dependency, and pay for costs as approved by the Pretrial Services Officer.

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  7/12/10            _____ 7-15-2010
Signature of Defendant         Date              Pretrial Services Officer     Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                        7/15/2010
Signature of Assistant United States Attorney    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                        7-12-2010
Signature of Defense Counsel                     Date

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on __7/15/10__.
☐ The above modification of conditions of release is *not* ordered.

_____                        7/15/10
Signature of Judicial Officer                    Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services