BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000


IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 1:10-cr-00080 AWI |
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER |
| v. | ) | |
| GREGORIO OLMOS, SR., ET AL., | ) | |
| Defendants. | ) | DATE: March 7, 2011 TIME: 9:00 A.M. PLACE: Courtroom Two Honorable Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, that the current status conference set for February 7, 2011 at 9:00 a.m., be continued to March 7, 2011, at 9:00 a.m. before the Honorable Anthony W. Ishii, United States District Court Judge.

The parties further stipulate and agree that the resulting period of delay occurring between February 7, 2011, and March 7, 2011, shall be excluded in the interest of justice, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), since the ends of justice served by taking such action including allowing counsel for the defendant and the attorney for the Government the reasonable time necessary for effective preparation outweighs the best interests

1

1  of the public and the defendant in a speedy trial.

2  DATED: January 27, 2011                    BENJAMIN B. WAGNER
                                             United States Attorney
3
                                             By /s/Laurel J. Montoya
4                                              LAUREL J. MONTOYA
                                             Assistant U.S. Attorney
5

6  DATED:  January 27, 2011                  /S/ Daniel Bacon
                                             DANIEL BACON
7                                            Attorney for Defendant
                                             Gregorio Olmos, Sr.
8

9  DATED: January 27, 2011                   /s/ David Balakian
                                             DAVID BALAKIAN
10                                           Attorney for Defendant
                                             Gregorio Olmos, III
11

12 DATED: January 27, 2011                   /s/ Peter Christiansen
                                             PETER CHRISTIANSEN
13                                           Attorney for Defendant
                                             Wayne Matthew Harriman
14

15 DATED: January 27, 2011                   /s/ Peggy Sasso
                                             PEGGY SASSO
16                                           Attorney for Defendant
                                             Gregory Burns Snyder
17

18 DATED: January 27, 2011                   /s/ Eric Shevin
                                             Attorney for Defendant
19                                           Yong Tae Kim

20                              **ORDER**

21      IT IS HEREBY ORDERED, that the Status Conference hearing of

22 February 7, 2011 at 9:00 a.m. be continued to March 7, 2011 at

23 9:00 a.m.  Time shall be excluded to and through that date.

24 IT IS SO ORDERED.

25
   Dated:  ____January 28, 2011____
26                              CHIEF UNITED STATES DISTRICT JUDGE

27

28