BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>GREGORIO OLMOS, SR., ET AL.,<br><br>    Defendants. | CR. NO. 1:10-cr-00080 AWI<br><br>STIPULATION TO CONTINUE STATUS<br>CONFERENCE AND ORDER<br><br><br>DATE: April 18, 2011<br>TIME: 9:00 A.M.<br>PLACE: Courtroom Two<br>Honorable Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, that the current status conference set for March 7, 2011, at 9:00 a.m., be continued to April 18, 2011, at 9:00 a.m. before the Honorable Anthony W. Ishii, United States District Court Judge.

The parties further stipulate and agree that the time between March 7, 2011 and April 18, 2011 be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have time necessary for effective preparation, taking into account the exercise of due

1

diligence.  18 U.S.C. §§ 3161(h)(7)(B)(iv).  Specifically, the government recently provided additional discovery that it thought had been provided and the parties are negotiating a resolution of this matter.  The parties stipulate and agree that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §§ 3161(h)(7)(A).

DATED: February 18, 2011          BENJAMIN B. WAGNER
                                  United States Attorney


                                  By /s/Laurel J. Montoya
                                    LAUREL J. MONTOYA
                                  Assistant U.S. Attorney


DATED: February 18, 2011          /S/ Daniel Bacon
                                  DANIEL BACON
                                  Attorney for Defendant
                                  Gregorio Olmos, Sr.

DATED: February 18, 2011          /s/ David Balakian
                                  DAVID BALAKIAN
                                  Attorney for Defendant
                                  Gregorio Olmos, III

DATED: February 18, 2011          /s/ Peter Christiansen
                                  PETER CHRISTIANSEN
                                  Attorney for Defendant
                                  Wayne Matthew Harriman

DATED: February 18, 2011          /s/ Peggy Sasso
                                  PEGGY SASSO
                                  Attorney for Defendant
                                  Gregory Burns Snyder

DATED: February 18, 2011          /s/ Eric Shevin
                                  Attorney for Defendant
                                  Yong Tae Kim

**ORDER**

IT IS HEREBY ORDERED, that the Status Conference hearing of March 7, 2011 at 9:00 a.m. be continued to April 18, 2011 at 9:00 a.m.  Time shall be excluded to and through that date.  For the reasons set forth above, the continuance requested is granted for good cause and the Court finds the ends of justice outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:     February 18, 2011
                                        CHIEF UNITED STATES DISTRICT JUDGE