```
1  BENJAMIN B. WAGNER
   United States Attorney
2  LAUREL J. MONTOYA
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California  93721
   Telephone:  (559) 497-4000
5
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 1:10-cr-00080 AWI |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE AND ORDER |
| v. | ) | |
| | ) | |
| WAYNE MATTHEW HARRIMAN, | ) | DATE: June 6, 2011 |
| | ) | TIME: 9:00 A.M. |
| Defendant. | ) | PLACE: Courtroom Two |
| | ) | Honorable Anthony W. Ishii |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, that the current status conference set for April 18, 2011 at 9:00 a.m., before the Honorable Anthony W. Ishii, United States District Court Judge, be continued to June 6, 2011 at 9:00 a.m.

The parties further stipulate and agree that the time between April 18, 2011 and the date set for the continued status conference be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for

1

1 the defendant may have time necessary for effective preparation,
2 taking into account the exercise of due diligence.  18 U.S.C. §§
3 3161(h)(7)(B)(iv).  Specifically, the parties are attempting to
4 negotiate a resolution of this matter.
5      The parties stipulate and agree that the ends of justice
6 served by granting this continuance outweigh the best interests
7 of the public and the defendant in a speedy trial.  18 U.S.C. §§
8 3161(h)(7)(A).

10 DATED: April 1, 2011                BENJAMIN B. WAGNER
                                     United States Attorney

                                     By /s/Laurel J. Montoya
12                                     LAUREL J. MONTOYA
                                     Assistant U.S. Attorney

14 DATED: April 1, 2011                /S/ Daniel Bacon
                                     DANIEL BACON
15                                   Attorney for Defendant
                                     Gregorio Olmos, Sr.

17 DATED: April 1, 2011                /s/ David Balakian
                                     DAVID BALAKIAN
18                                   Attorney for Defendant
                                     Gregorio Olmos, III

20 DATED: April 1, 2011                /s/ Peter Christiansen
                                     PETER CHRISTIANSEN
21                                   Attorney for Defendant
                                     Wayne Matthew Harriman

23 DATED: April 1, 2011                /s/ Peggy Sasso
                                     PEGGY SASSO
24                                   Attorney for Defendant
                                     Gregory Burns Snyder

26 DATED: April 1, 2011                /s/ Eric Shevin
                                     Attorney for Defendant
27                                   Yong Tae Kim

28

**ORDER**

IT IS HEREBY ORDERED, that the Status Conference hearing of April 18, 2011 at 9:00 a.m. be continued to June 6, 2011 at 9:00 a.m.  Time shall be excluded to and through that date.  For the reasons set forth above, the continuance is granted for good cause and the Court finds the ends of justice outweigh the interests of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:      April 8, 2011                                       
                                    CHIEF UNITED STATES DISTRICT JUDGE