1  BENJAMIN B. WAGNER
   United States Attorney
2  LAUREL J. MONTOYA
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California  93721
   Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>WAYNE MATTHEW HARRIMAN,<br><br>    Defendants. | CR. NO. 1:10-cr-00080 AWI<br><br>STIPULATION TO CONTINUE<br>SENTENCING AND ORDER<br><br><br>DATE: October 24, 2011<br>TIME: 1:30 P.M.<br>PLACE: Courtroom Two<br>Honorable Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, that the current sentencing hearing for defendant Wayne Matthew Harriman set for October 3, 2011, at 1:30 p.m., be continued to October 24, 2011, at 1:30 p.m. before the Honorable Anthony W. Ishii, United States District Court Judge.

The request to continue the sentencing is due to a scheduling conflict.  Additionally, the parties need additional time to prepare for sentencing.

DATED: September 28, 2011             BENJAMIN B. WAGNER
                                      United States Attorney


                                      By /s/Laurel J. Montoya
                                         LAUREL J. MONTOYA
                                         Assistant U.S. Attorney

1

```
DATED: February 18, 2011              /s/ Peter Christiansen
                                      PETER CHRISTIANSEN
                                      Attorney for Defendant
                                      Wayne Matthew Harriman
```

## ORDER

IT IS HEREBY ORDERED, that the Sentencing Hearing for defendant Wayne Matthew Harriman presently set for October 3, 2011 at 1:30 p.m. be continued to October 24, 2011 at 1:30 p.m.

IT IS SO ORDERED.

Dated:     September 28, 2011          _____
                                       CHIEF UNITED STATES DISTRICT JUDGE