PETER S. CHRISTIANSEN, ESQ.
Nevada Bar No.: 005254
CHRISTIANSEN LAW OFFICES
9910 West Cheyenne Avenue, Suite 110
Las Vegas, Nevada 89129
Telephone:  (702) 240-7979
*Attorney for Defendant Wayne Matthew Harriman*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 1:10-cr-0080 AWI |
| | ) |
| Plaintiff, | ) |
| | ) STIPULATION TO MODIFY PROBATION |
| v. | )  TERMS AND CONDITIONS |
| | ) |
| WAYNE MATTHEW HARRIMAN, | ) |
| | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the United States of America, by and

through Laurel J. Montoya, Assistant United States Attorney, and Defendant, Wayne Matthew

Harriman, by and through his attorney, Peter S. Christiansen of Christiansen Law Offices, that

the current terms and conditions of Defendant Harriman's probation sentence be modified to

permit Defendant to travel to California without obtaining prior permission from his probation

officer because of his employment travel requirements.  AUSA Laurel Montoya and Defendant

Harriman's probation officer have no objection to this modification.  All other conditions of

Defendant Harriman's probation will remain in effect throughout the remainder of his probation

sentence.

DATED this 10th day of January, 2013.

BENJAMIN B. WAGNER                                    CHRISTIANSEN LAW OFFICES
United States Attorney

/S/                                                                          **/S/**
LAUREL J. MONTOYA                                      PETER S. CHRISTIANSEN, ESQ.
Assistant United States Attorney                        Counsel for Defendant Harriman

- 1-

ORDER

IT IS HEREBY ORDERED that Defendant Harriman is permitted to travel to California without obtaining prior permission from his probation officer because of his employment travel requirements. All other conditions of Defendant Harriman's probation will remain in effect throughout the remainder of his probation sentence.

IT IS SO ORDERED.

Dated:    January 11, 2013    

_____
UNITED STATES DISTRICT JUDGE

**CHRISTIANSEN LAW OFFICES**
9910 West Cheyenne Avenue, Suite 110
Las Vegas, Nevada 89129

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28